IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VICKIE KING, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:13-cv-2992 SHL-cgc |
| | ) |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed December 18, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 15) filed September 26, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, with clerk's costs taxed to Defendant.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

September 29, 2014
Date